UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID TROUPE,

           Plaintiff,

    v.

NANCY FERNELIOUS, DON GRIFFITH, JOHN DOE, KELLI A DELP,

           Defendants.

CASE NO. C14-5986 RJB-KLS

ORDER

    The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

    1)    The Court adopts the Report and Recommendation.

    2)    The Court grants Plaintiff's motion to voluntarily dismiss this action without prejudice.

    3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

DATED this 10th day of February, 2015.

*Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER- 1